UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**CIVIL ACTION NO. 11-613-C**

**VERNA HASKINS,** **PLAINTIFFS,**

V. <u>**ORDER**</u>

**ZWICKER & ASSOCIATES, P.C.,** **DEFENDANTS.**

\* \* \* \* \* \* \* \* \*

The court, having been advised by the parties that settlement has been reached on all matters in this case, **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the active docket. All deadlines and hearings are canceled.

The parties shall **TENDER** an agreed order dismissing this case with prejudice within 45 days of entry of this Order.  The court will entertain a motion to re-docket this action within 45 days from entry of this Order if the settlement is not consummated.

Signed on September 5, 2012

Jennifer B. Coffman, Judge
United States District Court